AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

|  |  |
|---|---|
| DENIS TASLIDZIC, an individual, and TITANS PROTECTIVE COATINGS, LLC, a Florida limited liability company<br><br>*Plaintiff(s)*<br>v.<br><br>PETER LUTHER, an individual, and PRIME TECH COATINGS, INC., a Florida corporation,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No. 9:18-cv-80038

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Peter Luthor
1102 Sioux St.
Jupiter, FL 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: David Yaffe
Pollard PLLC
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| DENIS TASLIDZIC, an individual, and TITANS PROTECTIVE COATINGS, LLC, a Florida limited liability company<br><br>*Plaintiff(s)*<br><br>v.<br><br>PETER LUTHER, an individual, and PRIME TECH COATINGS, INC., a Florida corporation,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.  9:18-cv-80038 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Prime Tech Coatings, Inc.
Registered Agent: Peter Luther
1102 Sioux St.
Jupiter, FL 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    David Yaffe
Pollard PLLC
401 E. Las Olas Blvd., Suite 1400
Fort Lauderdale, FL 33301

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*